

# Weinberg, Lieberman & Co.

Certified Public Accountants

West Caldwell, New Jersey

*Certified In
New Jersey, New York &
Conn.*

May 5, 2004

To the Honorable Chester J. Straub
Bronxville, NY

We have reviewed the accompanying Financial Disclosure Report of the Honorable Chester J. Straub as of December 31, 2003, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of The Honorable Chester J. Straub.

A review consists principally of inquiries of The Honorable Chester J. Straub, as well as inquiries of his brokerage firms, financial institutions, and the pension department of his former law firm. Analytical procedures have been applied to this financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

The accompanying Financial Disclosure Report was prepared for the purpose of complying with the Ethics Reform Act of 1989.

Based on our review, we are not aware of any material modifications that should be made to the accompanying Financial Disclosure Report in order for them to be in conformity with the applicable laws and regulations of the Ethics Reform Act of 1989.

This report is intended solely for the information and use of the Committee on Financial Disclosure, Administrative Office of the United States Court, and should not be used for any other purpose.

Weinberg, Lieberman & Co.



berman, CPA

RECEIVED May 7 12 51 PM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>STRAUB, CHESTER J | 2. Court or Organization<br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br>5/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>FULL-TIME JUDGE | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | LENOX HILL HOSPITAL |
| 2. | TRUSTEE | MANHATTAN EYE EAR AND THROAT HOSPITAL - (A LENOX HILL HOSPITAL SUBSIDIARY) |
| 3. | EXECUTOR | "ESTATE # 1 " ( SEE SECTION VIII ) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | WILLKIE FARR & GALLAGHER - LAW FIRM SEPARATION AGREEMENT PAYMENTS FOR INTEREST IN FIRM. THE AGREEMENT EXPIRED IN JULY 2003. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | WILLKIE FARR & GALLAGHER SEPARATION AGREEMENT PAYMENTS | £7500.00 |
| 2. | 2003 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | 5492.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | LENOX HILL HOSPITAL | TAXI FARES IN CONNECTION WITH TRUSTEE MEETINGS. |
| 2. | | THE HOSPITAL PAID FOR TAXIS HOME FROM LENOX HILL HOSPITAL NEW YORK FOR THE FOLLOWING DAYS : |
| 3. | | 1/31, 2/11, 3/19, 4/8, 5/28, 6/10, 9/16, 9/24, 10/22, 11/19, 12/9/03. |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN | L |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. **SMITH BARNEY** | | | | | | | | | |
| 2. JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | | None | K | T | Buy | 12-3 | K | | |
| 3. NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | A | Interest | L | T | Buy | 7-1 | L | | |
| 4. NYC MUN WTR FIN AUTH WTR & SWR REV FSCL DTD 11/17/93 | B | Interest | | | Redeemed | 6-16 | K | | |
| 5. NEW YORK ST DORM AUTH MENTAL HEALTH SVC.FAC IMP RV-B-AMBAC | B | Interest | | | Redeemed | 8-15 | K | | |
| 6. BROOKHAVENNY PUB IMP UNLTD TAX FGIC INSD BK ENTRY | C | Interest | | | Redeemed | 10-1 | K | | |
| 7. HEMPSTEAD TOWN NY INDL DV AGE RES RECOV AMER REF-FUEL CO PJ | B | Interest | | | Redeemed | 12-1 | K | | |
| 8. NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | C | Interest | L | T | | | | | |
| 9. NEW YORK NY SER E BK ENTRY UNLTD TAX OID DTD 11/2/95 | B | Interest | K | T | | | | | |
| 10. NEW YORK NY SER B AMBAC TCRS OID UNLTD/TAX CUST RCP | D | Interest | M | T | | | | | |
| 11. NEW YORK NY SER L MBIA B/E UNLTD TAX DTD 6/1/97 | C | Interest | L | T | | | | | |
| 12. NEW YORK NY SER H G/O BK ENTRY FGIC INSD DTD 4/1/98 | B | Interest | K | T | | | | | |
| 13. NYC G/O SER K U/T AMBAC INSD DTD 4/1/86 DUE 2/1/2005 | B | Interest | K | T | | | | | |
| 14. NYC SER G MBIA DD 1/9/96 DUE 2/1/2008 | B | Interest | K | T | | | | | |
| 15. NYS URB DEV CRP REV PJ PINE BARRENS MBIA DTD 2/1/96 | D | Interest | M | T | | | | | |
| 16. NEW YORK ST DORM AUTH REVS ST UNIV MBIA DTD 9/15/95 PREREF | B | Interest | K | T | | | | | |
| 17. NEW YORK CITY G/O SER D REF BOOK MBIA 1/1/95 MAT 2/1/06 | B | Interest | K | T | | | | | |
| 18. NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 8/1/96 | B | Interest | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,001-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 2/15/97 | C | Interest | L | T | | | | | |
| 20. NEW YORK CITY SER G AMBAC TCRS OID 1/9/96 DUE 2/1/07 | B | Interest | K | T | | | | | |
| 21. NEW YORK SER T B ENTRY TAX OID 4/24/97 | B | Interest | K | T | | | | | |
| 22. NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | K | T | | | | | |
| 23. GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | L | T | | | | | |
| 24. LONG ISLAND NY PWR AU ELEC AMBAC 5/1/98 5.50 12/01/06 | D | Interest | M | T | | | | | |
| 25. NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 26. NEW YORK CITY SER G-FSA U/T REG 1/9/96 5.90 2/1/05 | D | Interest | M | T | | | | | |
| 27. SMITH BARNEY MUNI NY MONEY MKT PORT CL A | A | Dividend | M | T | | | | | |
| 28. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 29. HEWLETT PACKARD | B | Dividend | L | T | | | | | |
| 30. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 31. HEALTH CARE PPTY INVS INC COMMON | B | Dividend | L | T | | | | | |
| 32. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 33. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 34. CAPITAL ONE FINANCIAL | A | Dividend | J | T | | | | | |
| 35. CITIGROUP | A | Dividend | J | T | | | | | |
| 36. HOME DEPOT | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   L = $15,001-$50,000   M = $50,001-$100,000   N = $100,001-$250,000
(See Columns C1 and D3)   O = $250,001-$500,000   P1 = $500,001-$1,000,000   P2 = $1,000,001-$25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. IBM COMMON | A | Dividend | M | T | | | | | |
| 38. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 39. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 40. EXXON COMMON | A | Dividend | J | T | | | | | |
| 41. 3M COMMON | A | Dividend | J | T | | | | | |
| 42. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 43. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 44. MERRILL LYNCH & CO. COMMON | A | Dividend | J | T | | | | | |
| 45. FIDELITY SELECT HEALTH CARE | | None | | | Sell | 3-6 | L | | |
| 46. COHEN & STEERS REALTY SHARES INC. | A | Dividend | J | T | | | | | |
| 47. | | | | | Buy | 3-21 | J | | |
| 48. | | | | | Buy | 6-20 | J | | |
| 49. | | | | | Buy | 9-19 | J | | |
| 50. | | | | | Buy | 12-23 | J | | |
| 51. VANGUARD INDEX TRUST S&P 500 PORT | | None | | | Sell | 3-6 | K | D | |
| 52. EQUITY OFFICE PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 53. DREYFUS LAUREL FDS DISCIPLINED STOCK | | None | | | Sell | 3-6 | L | | |
| 54. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$3,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 56. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 57. FIDELITY NY MUNI MONEY MARKET | A | Dividend | K | T | | | | | |
| 58. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | A | Interest | K | T | Buy | 3-27 | K | | |
| 59. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | B | Interest | L | T | Buy | 4-3 | L | | |
| 60. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 61. CHECKING | | None | K | T | | | | | |
| 62. PREF. MONEY MARKET | A | Interest | J | T | | | | | |
| 63. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 64. DREYFUS DISCIPLINED STOCK FD | | None | | | Sell | 3-7 | N | | |
| 65. FIDELITY CASH RESERVES | B | Dividend | K | T | | | | | |
| 66. FEDL HOME LOAN BKS CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 67. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES 1 | D | Dividend | N | T | | | | | |
| 68. | | | | | Partial Sale | 3-7 | M | | |
| 69. | | | | | Partial Sale | 10-17 | M | | |
| 70. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | A | Dividend | L | T | Buy | 10-17 | L | | |
| 71. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 72. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | | None | M | T | Buy | 7-23 | M | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | C | Interest | M | T | Buy | 5-30 | M | | |
| 74. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | C | Interest | M | T | Buy | 5-30 | M | | |
| 75. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | A | Dividend | M | T | Buy | 10-17 | M | | |
| 76. | | | | | Buy | 12-15 | J | | |
| 77. DODGE & COX STOCK FUND (DODGX) | B | Dividend | M | T | | | | | |
| 78. | | | | | Buy | 3-27 | J | | |
| 79. | | | | | Buy | 6-26 | J | | |
| 80. | | | | | Buy | 9-26 | J | | |
| 81. | | | | | Buy | 12-29 | J | | |
| 82. TWEEDY BROWNE GLOBAL VALUE FUND | B | Dividend | M | T | | | | | |
| 83. | | | | | Buy | 12-29 | J | | |
| 84. BARON GROWTH | | None | M | T | | | | | |
| 85. ROYCE TOTAL RETURN FUND | B | Dividend | M | T | | | | | |
| 86. | | | | | Buy | 3-10 | J | | |
| 87. | | | | | Buy | 6-26 | J | | |
| 88. | | | | | Buy | 9-10 | J | | |
| 89. | | | | | Buy | 12-4 | J | | |
| 90. US TREAS NTS 6.5% 10/15/2006 | D | Interest | N | T | | | | | |

Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,000-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. US TREAS NTS 6.125% 8/15/2007 | D | Interest | N | T | | | | | |
| 92. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 93. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |
| 94. **FIDELITY IRA** | | | | | | | | | |
| 95. DREYFUS/LAUREL FDS INC DISCIPLINED STOCK | A | Dividend | J | T | | | | | |
| 96. | | | | | Buy | 5-2 | J | | |
| 97. | | | | | Buy | 8-4 | J | | |
| 98. | | | | | Buy | 11-4 | J | | |
| 99. | | | | | Sell | 12-1 | J | | |
| 100. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 101. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy | 12-1 | J | | |
| 102. | | | | | Buy | 12-4 | J | | |
| 103. | | | | | Buy | 12-15 | J | | |
| 104. **FIDELITY IRA** | | | | | | | | | |
| 105. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 106. | | | | | Buy | 6-6 | J | | |
| 107. | | | | | Buy | 12-5 | J | | |
| 108. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| | Name ●f Person Reporting<br>STRAUB, CHESTER J | | | | | | Date of Report<br>5/8/2004 |

| | A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | (4) |
| | | Amount<br>Code 1<br>(A –H) | Type (e.g.<br>div. rent. or<br>int.) | Value<br>Code 2<br>(J-P) | Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | Date:<br>Month –<br>Day | Value<br>Code 2<br>(J-P) | Code 1<br>(A-H) | Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | US TREAS NTS 4.75% 11/15/2008 | A | Interest | | T | | | | | |
| 110. | DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 111. | | | | | | Buy | 3-27 | J | | |
| 112. | | | | | | Buy | 6-26 | J | | |
| 113. | | | | | | Buy | 9-26 | J | | |
| 114. | | | | | | Buy | 12-29 | J | | |
| 115. | TWEEDY BR●WNE GLOBAL VALUE | | Dividend | | T | | | | | |
| 116. | | | | | | | 12-29 | | | |
| 117. | BARON GROWTH | | None | J | T | | | | | |
| 118. | | | | | | | | | | |
| 119. | CHESTER J. STRAUB INSURANCE TRUSTS #1 & #2 | | | | | | | | | |
| 120. | NEW YORK LIFE | D | Dividend | | T | | | | | |
| 121. | | | | | | PREMIUM | 2003 | | | PREMIUM PAYMENTS |
| 122. | (WITHDRAWAL RIGHT LAPSES UPON WAIVER THERE OF FOLLOWING | | | | | | | | | |
| 123. | ANNUAL PREMIUM CONTRIBUTION TO TRUST) | | | | | | | | | |
| 124. | | | | | | | | | | |
| 125. | ESTATE #1 | | | | | | | | | |
| 126. | EMIGRANT SAVINGS BANK | | Interest | | | Transferred | | | | Transferred to estate checking |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. | **SMITH BARNEY** | | | | | | | | | |
| 128. | FEDERAL HOME LOAN BANK DTD 8/15/01 5.5% | A | Interest | | | Sold | 12-30 | K | | |
| 129. | FEDERAL NATL MTG ASSN DTD 10/18/01 5.5% | A | Interest | | | Sold | 12-30 | K | | |
| 130. | US TREASURY NOTES SER D 2005 DTD 11/15/1995 5.875% | A | Interest | | | Sold | 12-30 | K | | |
| 131. | US TREASURY NOTES SER F-2007 | A | Interest | | | Sold | 12-30 | K | | |
| 132. | SMITH BARNEY | | None | L | T | | 12-30 | L | | Received from<br>sale of bonds |
| 133. | CITIBANK ESTATE CHECKING | | None | K | T | | | | | |

Income-Gain Codes  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

ESTATE # 1
THE ESTATE ASSETS HAVE BEEN DISTRIBUTED TO THE BENEFICIARIES IN JANUARY 2004. JUDGE STRAUB WAS NOT A BENEFICIARY AND DID NOT RECEIVE ANY ASSETS OR COMPENSATION FROM THE ESTATE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/6/04

NOTE: A█████████████████FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUB████████████████ 5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544